# LETTERS OF SUPPORT

, In 46530

Dear Lisa,

I am writing in regard to Brock Chase. He is my nephew; my brothers grandson.

I've known him for many years and have found him to be a sweet boy.

I hadn't seen him for several years when his mother came to visit us at the lake. He walked in first and gave me a big hug. I was so pleased + surprised.

I know when he gets out that he'll have alot of family support. I'm praying it won't be a long wait.

Sincerely,
Janet Thesier

To Lisa Peebles  
Re. Brok Chase  
4 Clinton Sq. 3rd fl.  
Syracuse NY 13202

June 18, 2016


, NY  13619

My name is Ron Roch. Profile enclosed. I am writing concerning events that are recorded in Brok's Chases life.
I am a retired teacher/coach. In my 40 plus years of dealing with kids, I helped them where I could, to guide them in the right direction.

I knew Brok from a young age, married at that time to his Grand Mother, Rita, also a teacher. Brok would visit and work with me on my Dad's farm in the produce garden. He seemed to enjoy gardening and he bonded to me.

We camped at a State Park with family and we biked, hiked and beach combed. He was a normal pre-teen at that point.
In middle school he seemed anxious and sad. At that time we didn't know why. Now we do. Monitoring by a psychologist to understand him and work with him to help him recover from problems that he didn't understand would be of value.

After moving, being in an army family, he enlisted, got married and had a baby boy. He stopped by one day with his little boy and he was so proud of him. He said he would stay in touch but other than face book and moving, I haven't seen him. After talking to his mother, about the facts on his problem, I understand he is to be sentenced soon.
My educated take from what I know of his character, personality and persona, is he loves his family and can move on to being a productive citizen.

Crimes are not always with the individual but also those who pass judgment incorrectly or quickly. What good is putting some one like him in confinement when (indeed) using compassion instead, he can be a loving family father and productive citizen.
 Lisa, you may call or write me anytime. I would do anything productive to help him. Thank You!
Ronald R. Roch, 315 ███████(summer) ███████ (winter)
███████

*Ronald R. Roch* (signature)

# RONALD R. ROCH



Ron Roch lettered in football and baseball at Carthage High School from which he graduated in 1948. The school did not have a wrestling team. After serving with the U.S. Air Force from 1951 to 1955, including a tour with the 8th Air Force in the Korean Conflict, Ron discovered wrestling at Ithaca College. He loved it.

In 1958 Ron became a student teacher at Watertown High School and fell under the influence of Hall of Fame Coach Jack Williams. He also gained his first experience as a wrestling official that year at the Ontario League wrestling tourney. His course was set. Ron returned to Watertown High as varsity and JV coach in 1960 and began turning out impressive teams and individual wrestlers. Like most good coaches, Ron reels off the names of his wrestlers when asked about his own accomplishments. Ron remembers his successful team that way -- the "Bert Biondolillo/Stan Duda era," the "Stan Sotherden/Bill Anderson era," the "Nick Palomo," the "John Janiak era," the "Kurt Honis/Mike Catania era," the "Matt Van Houson..." era.

From 1960 to 1964 eight of Ron's wrestlers became Sectional Champions. Dick Schneider was a runner up in the State Tournament. Keith Rose took a second and a first, and Tom Capone became a two-time State Champion. In 1965 the Ontario League was disbanded, and Ron found himself without a varsity wrestling program. Watertown High joined the Frontier League on a trial basis but was limited to a JV wrestling program which Ron coached until 1967. During this period Ron's activities as a wrestling official expanded. He helped to organize the Ontario Wrestling Officials Association and served as that organization's Secretary/Treasurer and later its President and Rules Interpretor. Ron also became the first Executive Secretary of the New York State Wrestling Officials Association and served in that capacity for three years, during which he drew up the officials' territories for New York State and displayed previously unknown talents by designing the first shoulder patch for NYS officials. He served another two-year stint in that office in the 1980s.

In 1968 Ron was hired to coach the varsity program at North Syracuse High School, and his winning ways continued. He produced 12 Sectional Champions during his years as a head coach in the North Syracuse Central School System, at North Syracuse High until 1980 and at the new Cicero-North Syracuse High School from 1981 until 1987, when he retired for the first time. Many of his wrestlers received athletic scholarships to such institutions as Syracuse, Springfield, and Tennessee; and eight of them further distinguished themselves as NCAA All Americans, including one runner up in the NCAA Division I Championships. During his second year at North Syracuse, one of his two Section III Champions, Bill Warren, was tragically killed in an accident on an icy road one week after competing in the sectional tournament. Ron organized the annual "Bill Andersen Memorial Tournament" in honor of the fine young man, and it continues to be one of the most competitive high school tournaments, attracting the highest ranking teams, in New York State. His 1975 team was Co-Champion of the Onondaga North Region, and his 1987 team were the Onondaga County League Champions and Ron was named Coach of the Year.

By 1990 Ron had tasted a couple years of retirement. He was then hired by the Carthage Central School System to coach their wrestlers and their girls softball and soccer programs. His 1991 team at Carthage went undefeated, captured the Frontier League Championship and were the Class B champions of Section III, all firsts for the Carthage wrestling program. He retired again in 1992, but was induced to serve as head coach for one more year at South Lewis High School, coaching the team into the Section III Dual Meet Tourney. During his 30 years of coaching high school wrestlers, Ron's team won 338 varsity meets, placing him among the top ten coaches in New York State wrestling history.

Ron's officiating career is also distinguished. He officiated at the States in Ithaca in 1965. That same year he began his 15-year tenure as an Eastern NCAA official. He also officiated many NYS Co-Collegiate Tournaments. He served in various capacities as an officer of the Central NY Wrestling Officials organization and in the Ontario, Frontier, Northern and Onondaga League officials organizations.

While at Northern Syracuse and Cicero-North Syracuse, Ron originated and led the first Pee Wee programs there, also the first Summer Youth Tourneys in the region. During the 1980s he helped organize and served as Co-Director of the Big Orange Wrestling Camp, and he directed wrestling camps in Cazenovia and Skaneateles and participated in many other instructional camp programs.

Ron has been inducted into the New York State Wrestling Hall of Fame (1998) and into the North Syracuse Hall of Fame (1987.)

Beyond wrestling, Ron has been recognized for his contributions and efforts for his community, including being named the Carthage area Elks/Chamber Citizen of the Year in 1998. He served three terms as President of the NYS Retired Teachers Association and sat on that organization's legislative committee trying to guide the unteachable in Albany. He has put in 15 years as a Town Councilman and Deputy Supervisor for the Town of Wilma (Carthage) and is currently a director of the Carthage Area Chamber of Commerce and an active member of numerous civic, fraternal and veterans organizations. He is also serving as the Co-Director of the Carthage Area Farmers' Market and has been instrumental in obtaining $250,000 in grant money for that worthy endeavor.

Ron is the proud husband of Nora Roch, the proud parent of four children, the proud stepfather of three more and a very proud grandfather of a growing number of grandchildren. He is the author of "Basic Beginning Wrestling," published by North Syracuse Central Schools. He is an inspiration to his students and athletes, a great contributor to our sport and to his community, and a worthy inductee to the New York State Chapter of the National Wrestling Hall of Fame.

## Carthage's Roch enters wrestling HOF Sunday

Carthage native Ron Roch will be inducted into the National Wrestling Hall of Fame during a ceremony Sunday at the Wyndham Hotel in East Syracuse.

Roch graduated from Carthage Central in 1948, and later returned to the school in the early 1990s as a coach. Roch, also a member of the New York State Wrestling Coaches Hall of Fame and Section III Coaches Hall of Fame, earned most of his 338 career victories as a coach at Cicero-North Syracuse High School.

Anyone wishing to attend the ceremony should call Jack Stanbro, president of the hall's New York Chapter, at (607) 729-9562 for a formal invitation.

*Distinguished Members*
*National Wrestling Hall of Fame*
*from*
*New York*

NATIONAL

TO WHOM IT MAY CONCERN:

I have known Brok Chase for 29 years, as I am his grandmother. Even though most of those years the family lived far from my residence, I always made it a point to visit wherever they lived at least once a year. I was always in contact with the family and shared in all that they did. At one time they lived for a few years near me where I could visit quite often. It was during those times that I got to know Brok a little better as we spent more time together.

Brok was always very happy to be with my husband and I and we enjoyed his company very much. He was well-behaved and always very helpful. We really enjoyed having him in our home. We really looked forward to his visits.

I understand from what my daughter told me, that at that time he was having some difficulties in school, but they were working on them . The problems seem to stem around his behavior. I've never observed any extreme behaviors when Brok was in my presence, but I was aware that there were problems. There were times when he was very hyper and agitated.

Brok always seemed very anxious to please people and have them think well of him. He especially liked helping people and seeing how much they appreciated what he did for them. He just seemed to relish in doing something good and helpful.

I have spoken through email with Brok since he has been in jail. He always tells me he is so sorry for all of the sorrow and disappointment he has caused his family. He realizes just how much he has lost through his behavior. He has asked that we pray for him to help him and his family through this very difficult time. I have assured him that we would.

I hope that this letter will give a little more insight into the kind of person that my grandson is.

Sincerely,

Mrs. Rita Mattison

RECEIVED
JUN 28 2016
BY: ......................

June 21, 2016

Dear Sir or Ma'am:

Am writing this letter on behalf of my good friend, Lynne Chase. The fact that her son, Brok, will soon be sentenced is weighing very heavily on her.

She works in a hospital Emergency Room, and is exposed to stress constantly. In addition, she's a single parent to son Jack, and daughter Baylee.

Brok will serve time in prison- as he should.  Please consider his mom, and sentence him to 15 years, so that she may spend time with him once he's rehabilitated and released.

Thank you very much.

*Maria Rowe*

Maria Rowe, RN, BSN, MS

Retired Maj, USAF





Brok Chase
abdulilah annous
to:
lisa.peebles
06/22/2016 11:00 PM
Hide Details
From: abdulilah annous <██████████>
To: lisa.peebles@fd.org
History: This message has been replied to.

Hi Lisa,

My name is Abdulilah Annous i'm one of Brok's closest friends and i want to support in anyway, if you could please share this letter with the court or whomever would like to read,

What can I say about Brok that cannot be said about a brother, or a best friend, but if i could add anything its above all he's a man's man, never turned his back on anyone who needed him, respects everyone who respect themselves, a bright accepting smile you could never wipe off his face, and a generous heart full of love. Whenever life got tough I knew he had my back that was enough to make me push through any obstacle, it was his resilient spirt that brought out the best in me and anyone close to him. I wish my words don't fall on deaf ears, this man has more in him then most people live to see in others, redemption is but a stepping stone to greatness.

With all my heart love AB,

Thank you Lisa, please do you best he's a good guy honestly he deserves it.