

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*    *Tel.: (315) 448-0672*
*James M. Hanley Federal Building*    *Fax: (315) 448-0658*
*Syracuse, New York 13261-7198*

July 1, 2016

Hon. Brenda K. Sannes
U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

Re:   *United States v. Brok Chase*
      5:16-CR- 086 (BKS)

Dear Judge Sannes:

While the Government's sentencing memorandum in the above-captioned matter is due today, because the defendant filed his memorandum yesterday, the Government is preparing one document, both as our sentencing memo, and in response to the arguments and issues raised by the defendant. For that reason, we are requesting a short extension, until July 5, 2016, in which to file the memorandum. As it will include our responses to the arguments raised in the defendant's submission, we are also requesting to file a memorandum of up to 20 pages.

Thank you for your consideration.

Sincerely,

RICHARD S. HARTUNIAN
United States Attorney

*/s/ Lisa M. Fletcher*
Lisa M. Fletcher
Assistant United States Attorney


cc:   Lisa A. Peebles, Esq.
      Janna Kulakowski, Senior U.S. Probation Officer