# GOVERNMENT

# EXHIBIT A

Filing and Security

UNCLASSIFIED

Primary Case: 305I-AL-6607763

Case Title: (U) Brok Chase;
6482 Smallwood Court, Apt. B;
Fort Drum, New York;
Traders - Distributors of CP

Serial Number: 70
Serialized: 07/05/2016
Category: Full Investigation
Initiated: 09/01/2015

Legal Caveats: Child Victim/Witness Identity Information

Details
Document Title: (U) Interview of mother of V-1 on 07/01/2016
Drafted Date: 07/01/2016
Type of Activity: Interview
Methods: Phone
Investigation On: 07/01/2016
At: Syracuse, New York, United States
Details: (U)
Mother of V-1 previously known to Agent, was interviewed via telephone, relative to an email send by Federal Bureau of Investigation (FBI) Special Agent (SA) Melissa Lewis. The email contained a sanitized image of V1 in an unidentified residence/location. After being advised of the identity of the interviewing Agent and the nature of the interview, Mother of V-1 provided the following information:
Mother of V-1 viewed the aforementioned sanitized image of V1. Mother of V-1 recognized and identified the residence as where she resided with BROK CHASE and her children while she was stationed at Fort McPherson, Georgia. Mother of V-1 resided in Stockbridge, Georgia, where the image was taken. Mother of V-1 indicated that she lived in Stockbridge, Georgia from 2009 until 2011.
Mother of V-1 indicated that V1 was approximately two and a half years old in the aforementioned image.

1A/1C Packages

Package 1A41

Summary: (U) CD containing 1 sanitized image of V1.
Acquired By: LEWIS MELISSA JENEL

Acquired On: 07/01/2016
Receipt Given: No

Attachments: UNCLASSIFIED
(U) CD containing 1 sanitized image of V1
Physical Record

Indexing

| Display Name | Enterprise Role | Entity Role | Entity Type | US Person |
|---|---|---|---|---|
| Brok Chase | CASE INDEX | Main | PERSON | Unknown |
|  | CASE INDEX | Reference | PERSON | Unknown |